AUSA Kaarina Salovaara 312-353-8880

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT OF INDICTMENT IN REMOVAL PROCEEDINGS

MAGISTRATE JUDGE ASHMAN

UNITED STATES OF AMERICA )
)
NORTHERN DISTRICT OF ILLINOIS ) CASE # 05CR0039

The undersigned affiant personally appeared before Martin C. Ashman, a United States Magistrate Judge, and being duly sworn on oath, states: that on or about December 16, 2004, at Hammond, Indiana, one Ronald Mitchell was charged by indictment with a violation of Section 841(a)(1) of the United States Code, Title 21, for the offense of distribution of cocaine, and that on the basis of affiant's investigation and information received concerning the case through official channels, does hereby certify that a bench warrant is outstanding for the arrest of said defendant. A copy of that warrant, marked "sealed until arrest" is attached. Because it is not clear if the indictment was also sealed, and there is a co-defendant who has not yet been arrested, the indictment is not attached.

Wherefore, affiant prays that the defendant be dealt with according to law.

Mark Bertoncini,
Deputy U.S. Marshal

**FILED**

Subscribed and Sworn to before me this
16th day of January, 2005.

JAN 18 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Martin C. Ashman
United States Magistrate Judge

Bond set [or recommended] by issuing Court at _____

# United States District Court

## NORTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA
V.

RONALD MITCHELL
8601 West Catherine Avenue
Chicago, Illinois

**WARRANT FOR ARREST**

CASE NUMBER: 2:04-cr-111

(SEALED UNTIL ARREST)

COPY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RONALD MITCHELL and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Distribution of Cocaine

in violation of Title 21 United States Code, Section(s) 841(a)(1)

| | |
|---|---|
| STEPHEN R. LUDWIG | CLERK, U.S. DISTRICT COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| *Edward Cib* (signature) | December 16, 2004 at Hammond, Indiana |
| Signature of Issuing Officer<br>Deputy Clerk | Date and Location |
| | By Andrew P. Rodovich, U.S. Magistrate Judge |
| Bail fixed at $ No Bond | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |